ACCEPTED
14-15-00212-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 5:05:30 PM
CHRISTOPHER PRINE
CLERK

**NO.** 14-15-00212-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 5:05:30 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON

Morna Simon-McGuffey,
Appellant

v.

Joellen Snow and Angela Johnson,
Appellees

## DESIGNATION OF LEAD COUNSEL FOR APPELLEE JOELLEN SNOW

From the Probate Court No. 1 of Harris County, Texas,
Trial Court Case No. 419,625-401

TO THE HONORABLE COURT:

Appellee Joellen Snow ("Appellee") in the above captioned matter, files this Designation of Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.2 to notify the Court that Dawn S. Holiday, State Bar No. 24046090, of Roberts Markel Weinberg Butler Hailey PC, 2800 Post Oak Blvd., 57th Floor, Houston, Texas 77056, makes an appearance in this appeal as lead counsel of record for Appellee.

1

Attorney Mia Lorick will serve as additional counsel for Appellee.

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

*/s/ Dawn S. Holiday*

_____
DAWN S. HOLIDAY
TBA No. 24046090
MIA B. LORICK
TBA No. 24091415
2800 Post Oak Blvd, 57th Floor
Houston, TX  77056
(713) 840-1666
Fax:  (713) 840-9404
dholiday@rmwbhlaw.com
mlorick@rmwbhlaw.com
ATTORNEYS FOR APPELLEE,
Joellen Snow

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4 i(3) of the Texas Rules of Appellate Procedure, I certify that the word count in this Designation of Lead Counsel for Appellee is 78 words.

*/s/ Dawn S. Holiday*

_____
Dawn S. Holiday

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Tex. R. Civ. P. 21a, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 7th day of April, 2015.

*__Via Electronic Service__*
Mr. Henry Clay McGuffey, Esq.
5804 Fordham
Houston, TX  77098

*__Via Electronic Service__*
Ms. Angela Johnson
15201 East Freeway, Suite 104
Channelview, TX 77530

*/s/ Dawn S. Holiday*

_____
Dawn S. Holiday